```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| NORTH JERSEY BRAIN & SPINE CENTER, | Civil Action: 13-74 (ES) |
| Plaintiff, | O R D E R |
|  | **Closed** |
| v. |  |
| SAINT PETER'S UNIVERSITY HOSPITAL, et al. |  |
| Defendants, |  |

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 7th Day of DECEMBER 2015,

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

                                                  S/Esther Salas
                                          ESTHER SALAS, U.S.D.J.